**Order entered May 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01376-CR
No. 05-14-01377-CR

**MATTHEW RYAN ARBANAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82622-2012, 219-82623-2012**

## ORDER

Appellant's May 8, 2015 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **May 18, 2015**.

/s/    LANA MYERS
         JUSTICE